## STATE ex ATCHERSON v THATCHER

Ohio Supreme Court

No. 22731.  Decided June 17, 1931

Matthias, Day and Kinkade, JJ, concur. Jones, Allen, and Robinson, JJ, concur in the judgment.

Full opinion will be published later. Watch **Omnibus Index.**

## CLEVELAND AUTO TOP & TRIMMING CO v AMERICAN FINANCE CO

Ohio Supreme Court

No. 22814.  Decided June 17, 1931

Marshall, CJ, Jones, Day and Kinkade, JJ, concur.  Robinson, J, concurs in propositions 1, 2, and 3 of the syllabus, but dissents from proposition 4 and the judgment.

Full opinion will be published later. Watch **Omnibus Index.**